```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

_____
                                   :
JAMES DAWSON,                      :
                                   :   No. 22-cv-2942 (NLH)(AMD)
            Plaintiff,             :
                                   :
       v.                          :   MEMORANDUM OPINION
                                   :
                                   :
CUMB. COUNTY JAIL, et al.,         :
                                   :
            Defendants.            :
_____:

IT APPEARING THAT:

1.      Plaintiff James Dawson filed a complaint under 42 U.S.C. § 1983.  ECF No. 1.

2.      The Court granted Plaintiff's in forma pauperis application.  ECF No. 2.

3.      Plaintiff filed a change of address form on July 22, 2022 indicating he had been transferred to the Hudson County Jail.  ECF No. 3.

4.      On August 26, 2022, mail sent to Plaintiff at the Hudson County Jail was returned to the Clerk as undeliverable.  ECF No. 8.  A notation on the envelope indicated Plaintiff was "discharged 8/8/22."  Id.

5.      Plaintiff is not listed as being in the custody of the Cumberland County Department of Corrections.  See Inmate Lookup Tool, available at

1

http://inmates.bluhorse.com/Default.aspx?ID=CUMB (last visited Aug. 30, 2022).

    6.    Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

    7.    The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

    8.    An appropriate order follows.

Dated: September 2, 2022        s/ Noel L. Hillman  
At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.